B066

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AUG 19 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 20-213 |
| | ) | |
| v. | ) | (21 U.S.C. § 843(a)(3)) |
| | ) | |
| ANN MAKEPEACE | ) | [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

From on or about February 24, 2020, and continuing until on or about March 20, 2020, in the Western District of Pennsylvania, the defendant, ANN MAKEPEACE, did knowingly, intentionally and unlawfully acquire and obtain hydromorphone, a Schedule II controlled substance, by misrepresentations, fraud, and deception, to wit: by falsely representing that said hydromorphone was being obtained to administer to a patient, when in fact, and as the defendant, ANN MAKEPEACE, well knew, said hydromorphone was for MAKEPEACE'S own use.

In violation of Title 21, United States Code, Section 843(a)(3).

A True Bill,

_____
FOREPERSON

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352